IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CORDELL SIMMONS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CITY OF CHICAGO and THREE UNKNOWN )<br>POLICE OFFICERS, )<br>)<br>)<br>Defendants. ) | No. 08 CV 3150<br><br>Judge Gettleman<br>Magistrate Judge Schenkier<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

**TO:**   CITY OF CHICAGO
Corporation Counsel, Torts Department
30 North LaSalle, Suite 800
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on June 19, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, in courtroom 1703 of the U. S. District Court, at 219 South Dearborn Street, Chicago, Illinois and shall present plaintiff's **motion for voluntary dismissal and reimbursement of filing fee**, a copy of which is herewith served upon you.

Richard S. Zachary
Attorney for plaintiff
180 North LaSalle, Suite 1925
Chicago, Illinois 60601
(312) 795-9003
Bar No. 6197914

**ATTORNEY'S CERTIFICATE OF SERVICE**

The undersigned Attorney certifies that he served this Notice of Motion, the referenced motion, and all exhibits thereto, upon the attorneys at the above address, by means of e-mail transmission, on June 16, 2008.

/s/Richard S. Zachary