# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3150 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Cordell Simmons vs City of Chicago | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [4] to dismiss this case, and for reimbursement of filing fee is GRANTED.
This case is dismissed without prejudice due to clerical error, and the clerk is directed to refund the filing fee.

[Docketing to mail notice]

00:07

| | | Courtroom Deputy | GDS |
|---|---|---|---|